IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOCIATION** *as Successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-backed Pass Through Certificates Series, 2004-KS8H f/k/a The Bank of New York Trust Company NA,*<br><br>          Plaintiff,<br><br>v.<br><br>**H. WAYNE MEACHUM,**<br><br>          Defendant. | §§§§§§§§§§§§§§§§§<br><br>Civil Action No. **3:20-CV-2250-L** |

## ORDER

Before the court is Plaintiff's Motion for Substituted Service on H. Wayne Meachum (Doc. 6), filed September 17, 2020. The court determines that the motion should be, and is hereby, **granted.** Accordingly, Plaintiff shall serve Defendant H. Wayne Meachum with process by leaving a true and correct copy of the Summons and Complaint: (1) with someone over the age of sixteen (16) years of age at **1707 Timbergrove Circle, Dallas, Texas 75208**; and (2) by posting a copy of the Summons and Complaint on the front door of the property located at **1707 Timbergrove Circle, Dallas, Texas 75208**.

**It is so ordered** this 25th day of September, 2020.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**