# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOCIATION** as Successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-backed Pass Through Certificates Series, 2004-KS8H f/k/a The Bank of New York Trust Company NA,<br><br>          Plaintiff,<br><br>v.<br><br>**H. WAYNE MEACHUM,**<br><br>          Defendant. | §§§§§§§§§§§§§§§§ | Civil Action No. **3:20-CV-2250-L** |

## **ORDER**

This action was filed on August 18, 2020.  More than 90 days have passed, and the Clerk's docket sheet reflects that no service has been made on **Defendant H. Wayne Meachum**.  When service is not made on a defendant within 90 days after the filing of the complaint, the court may, after notice to the plaintiff, dismiss the action as to that defendant without prejudice or instruct the plaintiff to effect service within a specific time.  Fed. R. Civ. P. 4(m).

Plaintiff is hereby directed to effect service on **Defendant H. Wayne Meachum** by **December 11, 2020,** or show good cause in writing for the failure or inability to effect service. Failure of Plaintiff to effect service or show good cause by this date will result in dismissal of this action without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**Order – Page 1**

**It is so ordered** this 24th day of November, 2020.

                                          Sam A. Lindsay
                                          United States District Judge