# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOCIATION** *as Successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-backed Pass Through Certificates Series, 2004-KS8H f/k/a The Bank of New York Trust Company NA,* § § § § § § § § § § | | |
| Plaintiff, § § | | |
| v. § § **H. WAYNE MEACHUM,** § § Defendant. § | Civil Action No. **3:20-CV-2250-L** | |

## ORDER

Before the court is Plaintiff's Response to the Order to Show Cause and Second Motion for Substituted Service on H. Wayne Meachum (Doc. 10), filed December 10, 2020. The court determines that the motion should be, and is hereby, **granted.** Accordingly, Plaintiff shall serve Defendant H. Wayne Meachum with process by: (1) securing the Summons and the attached Complaint to the front door entrance at his usual place of abode at **1707 Timbergrove Circle, Dallas, Texas 75208** in accordance with the Texas Rule of Civil Procedure 106; *and* (2) e-mailing a copy of the Summons and Complaint to wayne@todayinlions.com.

**It is so ordered** this 14th day of December, 2020.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**